## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **PATRICIA KENNEDY, Individually,** | : |
| | : Case No.: 19-cv-63079 |
| Plaintiffs, | : Judge Singhal |
| v. | : |
| | : |
| **Shubham and Miraj, LLC d/b/a Red Roof Inn Dalton,** | : |
| | : |
| Defendant. | : |
| _____ | : |
| | : |

### PLAINTIFF'S NOTICE OF SETTLEMENT

 Plaintiff, by and through undersigned counsel, hereby notifies the Court that the parties have fully resolved all outstanding issues and are in the process of exchanging the fully executed settlement documents. The parties anticipate this process will be complete within 30 days and a voluntary dismissal without prejudice will be filed within that time frame. Plaintiff requests that all pending motions be denied as moot, and that the Court grant the parties 30 days to file the voluntary dismissal without prejudice. The parties further request that this Court retain jurisdiction to enforce the settlement agreement between the parties.

 Respectfully submitted February 21, 2020,

 Thomas B. Bacon, Esq.
 **Thomas B. Bacon, P.A.**
 644 N. McDonald Street
 Mt. Dora, FL 32757
 ph. (954) 478-7811
 tbb@thomasbaconlaw.com

 /s/ Theresa B. Edwards
  Theresa B. Edwards
  American Justice, P.A.
  412 NE 4th Street
  Ft. Lauderdale, FL 33301
  (954) 592-0546
  Theresa@americanjusticepa.com