UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-63079-SINGHAL

PATRICIA KENNEDY,

    Plaintiff,

v.

SHUBHAM AND MIRAJ, LLC d/b/a Red Roof Inn,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement (DE [13]), filed on February 21, 2020. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

    2.    If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

    3.    The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 21st day of February 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF